UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| RANSON ANDERSON, | ) | Civil Action No. 4:19-cv-00846-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 22nd day of September, 2021, it is hereby, ORDERED that Plaintiff, Ranson Anderson, is awarded Three Thousand, Six Hundred, Seven Dollars and Fifty Cents ($3,607.50) in attorney fees and Twenty dollars and Eighty-Five cents ($20.85) in expenses. These attorney fees will be paid directly to Plaintiff, Ranson Anderson, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees and expenses will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees and expenses in this Order to the extent necessary to satisfy such debt(s).

September 22, 2021
Columbia, South Carolina

s/ Mary Geiger Lewis
Honorable Mary Geiger Lewis
United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).